IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREDERICK T. RAY, III | : | CIVIL ACTION |
| v. | : | |
| MAJOR WALTER REED, *et al.* | : | NO. 04-cv-00810-JF |

ORDER

AND NOW, this 9th day of November 2010, upon consideration of Defendants' Motion to Dismiss, converted to a motion for summary judgment, and the response thereto, IT is ORDERED:

That the Motion is GRANTED for the reasons stated in the accompanying memorandum. The Complaint is DISMISSED. The Clerk is directed to mark the case-file CLOSED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,    Sr. J.